STATE v. CHERRY

No. 102P82.

Case below: 55 N.C. App. 603.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 May 1982.

STATE v. EVANS

No. 155P82.

Case below: 56 N.C. App. 256.

Petition by defendant for discretionary review under G.S. 7A-31 denied 22 April 1982.

STATE v. HAIR

No. 42P82.

Case below: 55 N.C. App. 267.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 4 May 1982.

STATE v. HOWZER

No. 78P82.

Case below: 55 N.C. App. 268.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 4 May 1982.

STATE v. LOCKLEAR

No. 161P82.

Case below: 55 N.C. App. 734.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 4 May 1982.